AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.

**Elizandro De Jesus Medrano-Cantu**

AKA:
    IAE    YOB: 1989
    **Mexico**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-25 180 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 27, 2025** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326(a)(b)**   (Felony)
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On January 27, 2025, Elizandro De Jesus Medrano-Cantu a citizen of Mexico was encountered by Immigration Officers at the Edinburg City Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on January 27, 2025. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on November 3, 2022 via Hidalgo, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On November 2, 2022, the defendant was convicted of Alien Unlawfully Found in the United States After Deportation and sentenced to Time served.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on January 27, 2025.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Complaint approved by AUSA A. McColgan

/s/ Christian Salmon
Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

**Christian Salmon**    **Deportation Officer**
Printed Name and Title of Complainant

**January 27, 2025**   2:58 p
Date

at **McAllen, Texas**
City and State

**Juan F. Alanis**   U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer